## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### MOBILE DIVISION

**SEMAJ BRITFORD, TAURUS THOMPSON,**

    **PLAINTIFF,**

**VS.**                                       **CV NO.:**    18-0466-TM-C

**SOUTHERN INTERMODAL XPRESS, LLC, LAZER SPOT, INC., and LAZER SPOT HOLDINGS CORP.,**

    **DEFENDANT.**                          **JURY TRIAL DEMANDED**

### SUMMONS

**TO: LAZER SPOT, INC.**

C/O Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

Kira Fonteneau
Felicia T. Long
The Fonteneau Firm LLC
2151 Highland Avenue S, Suite 205
Birmingham, Alabama 35205

an answer to the complaint which is herewith served upon you, within twenty-one (21) days after service of this summons upon you, exclusive of the date of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** You **MUST** also file your answer with the clerk of this Court.

                                            CHARLES R. DIARD, JR.
                                            CLERK OF COURT

November 05, 2018                 *Tammy Thornton*

Date                   **By:**             Deputy Clerk

**SEE REVERSE SIDE FOR RETURN**

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[2]    Date: 11/9/18

### Name of Server (Print)

Ashley Dixon | Paralegal    Date: 11/9/18

**Check one below to indicate appropriate method of service:**

_____   Served personally upon the Defendant. Place where served:

_____   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

_____   Returned unexecuted:

✓   Other (specify): Certified Mail

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

## Declaration of Server

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.